IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: C.R. Bard, Inc.,
Pelvic Repair System Products Liability Litigation.
MDL no. 2187

Civil Action No. 2:12-2126

## SHORT FORM COMPLAINT

Come now the Plaintiffs named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2187 by reference. Plaintiffs further show the court as follows:

1. Female Plaintiff

   _Emma Petersen_____

2. Plaintiff Husband

   _Ronald Petersen_____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   _N/A_____

4. State of Residence

   _Missouri_____

5. District Court and Division in which action is to be filed upon transfer from the MDL.

   _Western District of Missouri, Kansas City Division_____

   _____

6. Defendants (Check Defendants against whom Complaint is made):

   (x) A. C.R. Bard, Inc. ("Bard")

   ( ) B. Sofradim Production SAS ("Sofradim")

   (x) C. Tissue Science Laboratories Limited ("TSL")

   (x) D. Other defendants

   _Ethicon, Inc._____

   _Johnson & Johnson_____

7. Basis of Jurisdiction

   Diversity of Citizenship

8. A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

   _Paragraphs 6, 7, & 8_____

   _____

   _____

   B. Other allegations of jurisdiction and venue

   _None_____

   _____

   _____

9. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

     ( )A. The Align Urethral Support System;

     ( )B. The Align TO Urethral Support System;

     ( )C. The Avaulta Anterior BioSynthetic Support System;

     ( )D. The Avaulta Posterior BioSynthetic Support System;

     ( )E. The Avaulta Plus Anterior BioSynthetic Support System;

     ( )F. The Avaulta Plus Posterior BioSynthetic Support System;

     ( )G. The Avaulta Solo Anterior Synthetic Support System;

     ( )H. The Avaulta Solo Posterior Synthetic Support System;

     ( )I. The InnerLace BioUrethral Support System;

( )J.  The Pelvicol Acellular Collagen Matrix;

( )K.  The PelviLace BioUrethral Support System;

( )L.  The PelviLace TO Trans-obturator BioUrethral Support System;

(x)M.  The PelviSoft Acellular Collagen BioMesh;

( )N.  The Pelvitex Polypropylene Mesh;

( )O.  The Uretex SUP Pubourethral Sling;

( )P.  The Uretex TO Trans-obturator Urethral Support System;

( )Q.  The Uretex TO2 Trans-obturator Urethral Support System; and

( )R.  The Uretex T03 Trans-obturator Urethral Support System.

(x)S.  Other

    _Gynecare Prolift_____

    _____

10.    Defendant's Products about which Plaintiff is making a claim.  (Check applicable products)

( )A.  The Align Urethral Support System;

( )B.  The Align TO Urethral Support System;

( )C.  The Avaulta Anterior BioSynthetic Support System;

( )D.  The Avaulta Posterior BioSynthetic Support System;

( )E.  The Avaulta Plus Anterior BioSynthetic Support System;

( )F.  The Avaulta Plus Posterior BioSynthetic Support System;

( )G.  The Avaulta Solo Anterior Synthetic Support System;

( )H.  The Avaulta Solo Posterior Synthetic Support System;

( )I.  The InnerLace BioUrethral Support System;

( )J.  The Pelvicol Acellular Collagen Matrix;

( )K.  The PelviLace BioUrethral Support System;

( )L.  The PelviLace TO Trans-obturator BioUrethral Support System;

(x)M.  The PelviSoft Acellular Collagen BioMesh;

( )N.  The Pelvitex Polypropylene Mesh;

( )O.  The Uretex SUP Pubourethral Sling;

( )P.  The Uretex TO Trans-obturator Urethral Support System;

( )Q.  The Uretex TO2 Trans-obturator Urethral Support System; and

( )R.  The Uretex TO3 Trans-obturator Urethral Support System.

(x)S.  Other

    _Gynecare Prolift_____

    _____

10. Date of Implantation as to Each Product

    _December 16, 2004 - Pelvisoft_____

    _May 9, 2006 – Gynecare Prolift_____

11. Hospital where Plaintiff was implanted (including City and State)

    _University of Kansas Medical Center, Kansas City, Kansas - Pelvisoft_____

    _Overland Park Regional Medical Center, Overland Park, Kansas - Gynecare Prolift_

12. Implanting Surgeon

    _Conrad Duncan, M.D. - Pelvisoft_____

    _Charles Butrick, M.D. - Gynecare Prolift_____

13. Counts in the Master Complaint brought by Plaintiffs

    (x) Count I

    (x) Count II

    (x) Count III

    (x) Count IV

    (x) Count V

    (x) Count VI

    (x) Count VII (by the Husband)

    (x) Count VIII

 

/s/Derek H. Potts, Esq.
Timothy L. Sifers, Esq.
Bret A. Clark
Attorneys for Plaintiffs

Address and bar information:
Derek H. Potts, Esq.          MO #44882
Timothy L. Sifers, Esq.       MO #49386
Bret A. Clark, Esq.           MO #62802
The Potts Law Firm, LLP
908 Broadway, 3rd Floor
Kansas City, MO 64105
Email: dpotts@potts-law.com
Email: tsifers@potts-law.com
Email: bclark@potts-law.com
(816) 931-2230 Telephone
(816) 931-7030 Facsimile

James Bartimus, Esq.
Brett Votava, Esq.
Attorneys for Plaintiffs

Address and bar information:
James Bartimus, Esq.          MO #26131
Brett Votava, Esq.            MO #51228
Bartimus, Frickleton, Robertson & Gorny, P.C.
11150 Overbrook Road, Suite 200
Leawood, KS 66211
Email: jb@bflawfirm.com
Email: bvotava@bflawfirm.com
(913) 266-2300 Telephone
(913) 266-2366 Facsimile